# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BEATRICE HUDSON,** | ) | 8:10CV330 |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **OMAHA PUBLIC SCHOOL DISTRICT,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on Plaintiff's Motion for Leave to File Amended Complaint (filing no. 7), which the court liberally construes as a Motion to Extend Time to Amend Complaint.

Plaintiff was previously ordered to amend her Complaint to clearly state a claim upon which relief may be granted against Defendant. (Filing No. 6.) Plaintiff seeks additional time in which to do so. For good cause shown, Plaintiff shall have until January 17, 2011, to file an amended complaint in accordance with the court's November 9, 2010, Memorandum and Order. (*See Id.*)

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to File Amended Complaint (filing no. 7), which the court liberally construes as a Motion to Extend Time to Amend Complaint, is granted.

2. Plaintiff shall have until January 17, 2011, to file an amended complaint in accordance with the court's November 9, 2010, Memorandum and Order. Failure to file an amended complaint by January 17, 2011, will result in Plaintiff's claims against Defendant being dismissed without further notice for failure to state a claim upon which relief may be granted.

3. The clerk of the court is directed to set a pro se case management deadline with the following text: January 17, 2011: Deadline to file amended complaint.

4. Plaintiff must keep the court informed of her current address at all times while this case is pending. Failure to do so may result in dismissal of this matter without further notice.

DATED this 16th day of December, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.